

UNITED STATES BANKRUPTCY COURT
OF THE
WESTERN DISTRICT OF KENTUCKY

In RE: Misty Keele

      Debtor

Case No. 18-11184-jal
Ad Case No. 23-01008
Chapter 7

## *RESPONSE TO NOTICE OF ADDRESS CORRECTION*

    Please use the following address for the complaint. As the Plaintiff, the summons with complaint shall be mailed to these addresses. This is a civil lawsuit summons Although the debtor has done her due diligence of contacting the ombudsman's office and much more. On the original list of creditors matrix, the address below is different, and these addresses need to be used for correspondence.

1.  FED LOAN
    U.S. Department of Education
    400 Maryland Avenue, SW
    Washington, D.C. 20202

C/O

2.  LOAN SERVICER
    Ed Financial
    P.O. Box 36008
    Knoxville, TN 37930-6008

3.  FED LOAN SERVICING
    P.O. Box 69184
    Harrisburg, PA 17106-9184

/s/ *Misty Keele*

Misty A. Keele

2677 H.E. Johnson Road
Bowling Green, Ky 4203