# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:
Keele v. Fed Loan et al

Debtor(s)

Case No.:23−01008−jal

Chapter: 0
Judge: Joan A. Lloyd

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to CONTINUE the Pretrial Conference held on November 16, 2023, 17 , so ORDERED by /s/ Judge LLOYD. Pre−Trial Conference scheduled on 12/21/2023 at 10:00 AM at Bowling Green Courthouse, 241 East Main St, 3rd Fl, Bowling Green, KY 42101 (CENTRAL TIME)/11:00 AM (EASTERN TIME). ANY PARTY WISHING TO APPEAR BY VIDEO CONFERENCE AT ONE OF THE VIDEO CONFERENCE SITES IN THE WESTERN DISTRICT MUST CONTACT THE COURT BY PHONE AT 502−627−5600 OR EMAIL KRISTIN GOSS, COURTROOM DEPUTY AT KRISTIN_GOSS@KYWB.USCOURTS.GOV. NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING. THE COURT IS UNDER NO OBLIGATION TO MAKE SPECIAL ACCOMMODATIONS FOR ANY ATTORNEY WHO CANNOT ATTEND A HEARING IN EITHER BOWLING GREEN OR LOUISVILLE OR DUE STAFFING AND TECHNICAL ISSUES BEYOND THE CONTROL OF THE COURT. cc: parties of record (KG). (KG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 11/16/23

By: KG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

Keele,
Plaintiff
Fed Loan,
Defendant

Adv. Proc. No. 23-01008-jal

# CERTIFICATE OF NOTICE

District/off: 0644-1 User: KYWBECFAd Page 1 of 2
Date Rcvd: Nov 16, 2023 Form ID: 266 Total Noticed: 5

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| intp | + | EdFinancial, Loan Servicer, POB 36008, Knoxville, TN 37930-6008 |
| dft | + | Fed Loan, US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| intp | + | FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| pla | + | Misty Ann Keele, 2677 HE Johnson Road, Bowling Green, KY 42103-9035 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| dft | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Nov 16 2023 18:57:00 | United States of America on behalf of U.S. Departm, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Katherine A. Bell | on behalf of Defendant United States of America on behalf of U.S. Department of Education Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |

TOTAL: 1