UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
*Filed Electronically*

| | |
|---|---|
| IN RE: | |
| MISTY ANN KEELE | Case No. 18-11184 |
| Debtor | Chapter 7 |
| MISTY ANN KEELE | |
| Plaintiff | AP No. 23-01008 |
| vs. | |
| UNITED STATES OF AMERICA, ON BEHALF OF U.S. DEPARTMENT OF EDUCATION, ET AL. | |
| Defendants | |

**NOTICE OF DEPOSITION OF MISTY ANN KEELE**

Please take notice that pursuant to Federal Rule of Bankruptcy Procedure 7030 and Federal Rule of Civil Procedure 30, the undersigned counsel will take the deposition of Plaintiff, Misty Ann Keele, on September 4, 2024, at the United States Courthouse located at 241 East Main Street, Bowling Green, Kentucky, 42101, Grand Jury Room. This deposition will begin at 9:30 am CST and will continue from day to day until completed. This deposition will be taken before a court reporter and will be used for all purposes permitted under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Katherine A. Bell*
Katherine A. Bell (Ky. Bar. 92463)
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5094
Fax: (502) 625-7110
katherine.bell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using the Court's electronic filing system on August 20, 2024, which will provide notice to all other parties requesting electronic notice in this proceeding. In addition, the undersigned counsel will serve this Notice of Deposition by U.S. Regular mail and email on Debtor at the following:

2677 H.E. Johnson Road
Bowling Green, Kentucky 42103-9035
mistyknudson@gmail.com

*/s/ Katherine A. Bell*
Katherine A. Bell
Assistant U.S. Attorney