TOLL-FREE 800.262.8777   LOCAL 540.667.0600   FAX 540.667.6562

County COURT REPORTERS, Inc. Videography Litigation Technology™

KENTUCKY:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

MISTY ANN KEELE,

      DEBTOR,

MISTY ANN KEELE,

      PLAINTIFF,

VS.          CASE NO. 18-11184, CHAPTER 7,
               AP NO. 23-01008

UNITED STATES OF AMERICA, ON BEHALF OF U.S.
DEPARTMENT OF EDUCATION, ET AL.

      DEFENDANT.

_____

DEPOSITON OF
MISTY ANN KEELE

WEDNESDAY, SEPTEMBER 4, 2024
9:17 A. M.

UNITED STATES COURTHOUSE
241 EAST MAIN STREET
BOWLING GREEN, KENTUCKY, 42101

GOVERNMENT EXHIBIT

B

PENGAD 800-631-6989

## APPEARANCES

**ON BEHALF OF THE PLAINTIFF,**

**MISTY ANN KEELE:**

MISTY ANN KEEL, PRO SE

2677 H.E. JOHNSON ROAD

BOWLING GREEN, KENTUCKY 42103

EMAIL:  MISTYKNUDSON@GMAIL.COM


**ON BEHALF OF THE DEFENDANT,**

**UNITED STATES OF AMERICA,**

**ON BEHALF OF THE,**

**U.S. DEPARTMENT OF EDUCATION, ET AL:**

KATHERINE A. BELL,

ASSISTANT UNITED STATES ATTORNEY

JESSICA WALTERS, PARALEGAL

**UNITED STATES ATTORNEY'S OFFICE**

717 WEST BROADWAY

LOUISVILLE, KENTUCKY 40202

TELEPHONE:  502.582.5005

FACSIMILE:  502.855.3263

EMAIL: KATHERINE.BELL@USDOJ.GOV

                          INDEX

                                            Page

**MISTY ANNE KEELE:**

DIRECT EXAMINATION BY MS. BELL              6




                         EXHIBITS

Exhibit                                     Page


    A       Attestation                      38


    B       Misty Deals LLC Articles        77
            of Organization

County
**COURT REPORTERS, Inc.**
Videography   Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

your education at Western Kentucky University?

A. Correct, and all of their data is wrong, even though I've called them and then tried to figure out what's going on with that, and none of it it's...

Q. Were you a full-time student or a part-time student at Western Kentucky University?

A. I may have started out as full-time and there was a lot of things happening at that time, and I think it went down to halftime, and then I just I couldn't go any more, and I worked a full-time job.

Q. I want to talk about your employment right now. How do you make money every month?

A. I'm selling cars right now that I can't even go transfer at the clerk's office. They've been letting me do for three years, which is illegal. If you sell over five, so right now I'm having to do it illegally, because I have to get titles or go get cars, then I just have to go sell this. That means they're losing tax money now, if that's what, that's what the United States is pushing people to do.

Q. Well, and I, I'm here not here about cars titles.



A.    Okay.  But you asked me what I was doing for work.

Q.    **That's true.  That's true.**

A.    Please understand what you're asking.

Q.    **I'm going to ask you a couple more questions about that.  But also, the United States has nothing to do with the car titles...**

A.    Then don't ask me again what I do for a living if that's not going to be an answer.  I, I can't respond that way.

Q.    **I have to, I have to ask some more questions.  You're selling cars?**

A.    Mm-Hmm (indicating affirmatively).

Q.    **I understand that you buy cars, you fix them up and then you sell them to third parties, is that right?**

A.    I don't know when you say third parties, but that's going to be individuals.

Q.    **Okay.**

A.    Mm-Hmm (indicating affirmatively).

Q.    **So just so the record is clear, you buy a car, where do you buy these cars at?**

A.    Some of the auctions, some from people, I go, mean I travel everywhere.

Q.    **Okay.  You buy the cars and then you**

fix them.  What do you do to fix them?

A.  Buy all the parts, rebuild them, paint them, do the titles.

Q.  Then you sell them to individuals.

A.  You have to go get them inspected by the Courthouse, which I'm not doing anymore because I can't.

Q.  Okay.

A.  They raise the price to $25.  Which is you, you have, I thought these wasn't the question.  I thought we weren't supposed to be discussing this.

Q.  So, you sell these cars here in the Bowling Green area?

A.  Everywhere.  Illinois, Kentucky, Tennessee, Georgia, Alabama.

Q.  Where do you fix up the cars?

A.  At my shop.

Q.  Where's the shop located?

A.  It's at 2677 H.E. Johnson Road, where I can't afford to really live right now because of the economy, and don't act like this doesn't have anything to do with it.

Q.  How long have you sold these type of cars or been in this business?

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

A.   My whole life, I'd say about 10 years. But the past three years, three or four years. It's all I've done.

**Q.   How much do you typically make on a car?**

A.   How is this, how is this related to, I've given you all of my tax returns.  I think this would be an objection to what, this would be an objection to everything that you're saying.

**Q.   I'm trying to get some additional information about...**

A.   I've given it, I have given it to you.

**Q.   Ms. Keele again, please let me finish and then I'll will let you have your opportunity to respond to my question.  I'm trying to understand what your monthly income is.**

A.   I have none.

**Q.   I need some additional explanation on that.**

A.   Oh.  If I'm not paying any taxes, how is it any income?

**Q.   So...**

A.   How would I have to tell anybody anything that I'm doing, if I don't, if I can't even go to the clerk's office to pay taxes on

something.  Why would I report it?  This is honest.

Q.    Ms. Keele, this entire case is about how much you make, what your expenses are and whether you've...

A.    You've got all my tax returns, every tax return from 2000 and whatever year you want, I'll give it to you.

Q.    Ms. Keele again, please let me finish so that this can be on the record.  I need to understand how much money you bring in every month, what your expenses are, and whether you can afford to pay your student loans.

A.    My business has nothing to do with what these student loans have done to me, ma'am.

Q.    The Issue...

A.    I don't care.

Q.    ... in this bankruptcy is what is your income?  What are your expenses?

A.    I've given it to you.

Q.    I know, but I needed some additional explanation.

A.    It looks you, well, you're trying to make my business included in my student loans and my personal life.  You've got my credit cards as

County
COURT REPORTERS, Inc.
Videography   Litigation Technology™

800.262.8777 TOLL-FREE   •   540.667.0600 LOCAL   •   540.667.6562 FAX   •   CountyCourtReporters.com

my personal, as showing it as my business.  I'm using my personal cards as my business, and it is not.

Q.   Ms. Keele, if...

A.   That's survival mode is what that is.

Q.   If you can provide a little more explanation, so when I'm asking these questions...

A.   I've given you, you, I've given you the documents.  What do you need?  Do you need a certified letter from the IRS?  Q.   No.  Ms. Keele, I need you to do a couple of things.  I need you...

A.   Zero.

Q.   ... to let me finish my question, and then I need to be able to, I need you to answer my question.  But I'm trying to get some additional information here from you, because the information that you've supplied gives...

A.   Exactly.

Q.   I have additional questions about it. For example, you submitted an attestation indicating that you made $16,000 a month.  I don't think that's correct.  Do you make...

A.   Maybe there was an error with the

computer.

Q.   Ms. Keele, please.  Do you make $16,000 a month?

A.   Sometimes I do.

Q.   Okay.  Well then let's talk about that. because I need that.

A.   I can't make that, and I, I, there's no, there's no reason why to even, even discuss any of this when I'm being held back at every single angle I go to.  If you've ever been a con, if you've ever actually did any work in your life other than trying to screw people over in the United States, you would know that when you make $16,000 and you're a contractor, that's going right back into your business, that's not income.

Q.   Let's talk about that, because I don't know, I've, I've never been a contractor.  In your opinion, I've never worked a day in my life. Tell me a little bit about it.  I need you to explain so I can understand your position in this lawsuit.

A.   This is objection.  Objection to form.

Q.   So, with your cars, how much do you make on average per car?

A.   Objection.



Q.   Are you, what's the basis?

A.   It's an objection.

Q.   What's the basis for your objection?

A.   That this is not relevant.  It's not relevant.

Q.   The income you bring in every month is not relevant?

A.   This is not relevant to what's going on.  I have been frauded by a for-Profit University and it's rolled over and over, and you're going to tell me my income is going to pay for your mistakes?

Q.   Ms. Keele to discharge...

A.   That's irrelevant.

Q.   Ms. Keele, to discharge your student loans, you have to show that repayment of your loans would create an undue hardship for you and your family.

A.   It's creating an undue hardship that I, that I have studied cannabis and I've been arrested, for what I've studied from a federal program, that I can't even do that I can, I don't even have an opportunity to do because the state of Kentucky wants you to buy in for a million dollars.  That's investor fraud too and that's

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

happened to me as well.

Q.   Ms. Keele, I really want to get this lawsuit to bring it to some type of resolution. I need the opportunity...

A.   Because you think that I should just be able to relieve my loans and that's it.  You think after seven, 10 years of this, that that's what I deserve?

Q.   I'm here to defend a lawsuit that you filed against the United States to discharge your student loans and bankruptcy.  I have to be able to ask questions about that so that we can move ...

A.   And I'm able to object to it and let a Judge and let it, there's no Judge.

Q.   You can have an objection, but ...

A.   Then you keep telling me what, what's, what's the grounds?  It's not relevant.

Q.   Ms. Keele, the Courts have determined that income and expenses are in fact relevant to this process.

A.   This is why the country is failing.

Q.   But the Courts have established that. So, we need to talk about what the Courts have said.  These are the factors you need ...

A.   I'm not making any money.  I'm not making any money.  Zero.

Q.   **Well, let me ask you a little bit more about the car business so I can understand that.**

A.   No, you just said that had nothing to do with my student loans, but now you're going to ask me about it.

Q.   **Okay.**

A.   You're making, you're contradicting your own self.  I want to move to the next question.  I have my right to do that.  Q. How many cars do you sell a month?

A.   Zero.

Q.   **And then how much do you make on those cars?**

A.   Zero.  See how you have helped me so much?  You've actually turned somebody that was for you against you.

Q.   **Does anyone help you with the car business?**

A.   No.

Q.   **So, you do it all on your own?  You don't have any employees?**

A.   Nope.

Q.   **Do you have any books or records for**

County
COURT REPORTERS, Inc.
Videography • Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

your car business?

     A.    Nope.

     Q.    Do you use accounting software to help you manage your business?

     A.    Nope.

     Q.    Then do you use QuickBooks?

     A.    Nope.

     Q.    Do you have an accountant?

     A.    Nope.

     Q.    I noticed that you had a QuickBooks charge on some of your bank records.  you don't use QuickBooks at all?

     A.    Nope.

     Q.    Are you receiving any kind of assistance from...

     A.    No.  They won't help me do anything.

     Q.    Again, please.  Let me finish my question.

     A.    I'm answering your question.

     Q.    Let me finish my question...

     A.    Maybe $12 in food stamps.

     Q.    ... and then you can answer, so that I can get this on the record.  Because if we talk above each other, we can't understand, and the court reporter can't write it down.

County
COURT REPORTERS, Inc.
Videography    Litigation Technology™

800.262.8777 TOLL-FREE  •  540.667.0600 LOCAL  •  540.667.6562 FAX  •  CountyCourtReporters.com

A.     That's what's been happening for a year.

Q.     Do you receive any public assistance?

A.     No.

Q.     Does, do you receive payments for your daughter?

A.     No.

Q.     Do you receive payments for your son?

A.     No.  My, my son has survivor's benefits.

Q.     How much is that?

A.     I think it's irrelevant.  It, it, a survivor's income is not to be included in any bankruptcy.  They lied to me in the Bankruptcy Court that that should be included.

Q.     How much is it?

A.     It is not included.  It's objection. Next question.

Q.     How much is, so you're refusing to answer that question?

A.     It's, it's, it's not supposed to be included in the payment.  You think that what survival income my son has that I could be invested into his future, needs to be used to pay for your mistakes for the United States not

having accountability and transparency?

Q.   No.  I'm just trying to understand how much monthly income you have coming in.

A.   It's objection.  Objection.  Next question.

Q.   Does your daughter receive survivor benefits?

A.   My daughter doesn't receive anything. She doesn't, she's not even with me.  She doesn't receive anything.  Maybe the church probably receives it.  I'm, they're asking for all her information.  I tried to give it to them. Whatever they want to do.  I mean, this is, this is getting kind of crazy.  But.

Q.   Do you receive any other help from family?

A.   I do not have any family, ma'am.  With all due respect.

Q.   Earlier you, earlier you talked about food stamps.

A.   I don't get anything.  They won't help me.

Q.   Okay.  You don't get any food stamps?

A.   No.

Q.   Do you have any other income?

A.    No.

Q.    You don't drive for Uber?

A.    No.

Q.    You don't get unemployment income?

A.    No.

Q.    You don't get social security?

A.    No.

Q.    You don't get SNAP benefits?

A.    That's food stamps, no.

Q.    You don't get any type of housing assistance?

A.    No.  Kind of like the United States rules don't make sense, does it?

Q.    On your income.  You're telling me today that you sell cars to individuals?

A.    I don't right now.  Right now, I've slowed completely down.  I haven't done anything. I mean, I'm, I'm struggling to survive right now.

Q.    How many cars have you sold this month?

A.    Objection.

Q.    So, you're not going to answer that question?

A.    No, ma'am.

Q.    What's the basis for you not answering?

A.    Because it's irrelevant.