EXHIBIT
C
PENGAD 800-631-6989

An official website of the United States government.

? | Help Center | Contact Us

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION

NSLDS

[redacted]

Aid Recipient | School | Enrollment | FVT/GE | Data Providers | Reports | Admin Tools | Resourc

H [redacted] DOB: [redacted] **Name:** MISTY A. KEELE **Role(s):** Student Clear Aid Recipient

Close or Equal to Undergrad Sub. Limit

Close or Equal to Undergrad Comb. Limit

Hide Alerts

# Loan Summary

Financial Aid Dashboard > Loan Summary

View Loan Linking History>

## Total Outstanding Balance

As of 03/04/2025

**Total Outstanding Principal Balance:**
$54,922

**Total Outstanding Interest Balance:**
$614

**Total Other Fees:**
$0

Filter

**Sort By:** Loan Date

Export to CSV

16

**Loan Type:**
D5 - Direct Consolidated Unsubsidized

**Loan Status:**
FB - Forbearance as of 07/03/2024

**Award Year:**
N/A

View Loan Details >

**Loan Amount:**
$33,066

**School Name:**
N/A

**Outstanding Principal Balance:**
$33,066

**Aggregate OPB:**
$26,750

**Loan Date:**
11/27/2023

**Federal Loan Servicer:**
512 - DEPT OF ED/MOHELA

**Outstanding Interest Balance:**
$369

**Capitalized Interest:**
N/R

**Cumulative Disbursed Amount:**
$33,066

**Most Recent Disbursed Date:**
11/27/2023

Capitalized Interest | Federally-Serviced | SAVE, 10%

IDR Anniversary Date - 12/10/2026

15 **Loan Type:** D6-Direct Consolidated Subsidized

**Loan Status:** FB-Forbearance as of 07/03/2024

**Award Year:** N/R

View Loan Details ›

**Loan Amount:** $21,856

**School Name:** N/A

**Outstanding Principal Balance:** $21,856

**Aggregate OPB:** $19,375

**Loan Date:** 11/27/2023

**Federal Loan Servicer:** 512-DEPT OF ED/MOHELA

**Outstanding Interest Balance:** $244

**Capitalized Interest:** N/R

**Cumulative Disbursed Amount:** $21,856

**Most Recent Disbursed Date:** 11/27/2023

Capitalized Interest    Federally-Serviced    SAVE, 10%

IDR Anniversary Date-12/10/2026

14 **Loan Type:** D2-Direct Stafford Unsubsidized

**Loan Status:** PN-Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2015-2016

View Loan Details ›

**Loan Amount:** $1,000

**School Name:** 00200200-Western Kentucky University

**Outstanding Principal Balance:** $0

**Aggregate OPB:** N/A

**Loan Date:** 12/09/2015

**Academic Level:** 3-3rd-Junior

**Outstanding Interest Balance:** $0

**Capitalized Interest:** $164

**Loan Period:** 08/24/2015-05/13/2016

**Federal Loan Servicer:** 507-DEPT OF ED/EDFINANCIAL

**Cumulative Disbursed Amount:** $1,000

**Most Recent Disbursed Date:** 02/03/2016

Federally-Serviced

13 **Loan Type:** D0-Direct Stafford Subsidized (SULA Eligible)

**Loan Status:** PN-Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2015-2016

View Loan Details ›

**Loan Amount:** $1,000

**School Name:** 00200200-Western Kentucky University

**Outstanding Principal Balance:** $0

**Aggregate OPB:** N/A

**Loan Date:** 12/09/2015

**Academic Level:** 3-3rd-Junior

**Outstanding Interest Balance:** $0

**Capitalized Interest:** $98

**Loan Period:** 08/24/2015-05/13/2016

**Federal Loan Servicer:** 507-DEPT OF ED/EDFINANCIAL

**Cumulative Disbursed Amount:** $1,000

**Most Recent Disbursed Date:** 02/03/2016

Federally-Serviced

12 **Loan Type:** D2-Direct Stafford Unsubsidized

**Loan Status:** PN-Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2015-2016

View Loan Details ›

**Loan Amount:** $6,000

**Loan Date:** 08/14/2015

**Loan Period:** 08/24/2015 - 05/13/2016

**School Name:** 00200200 - Western Kentucky University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $6,000

**Aggregate OPB:** N/A

**Capitalized Interest:** $1,033

**Most Recent Disbursed Date:** 02/03/2016

Federally-Serviced

---

11

**Loan Type:**
## D0 - Direct Stafford Subsidized (SULA Eligible)

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2015-2016

View Loan Details ›

**Loan Amount:** $4,500

**Loan Date:** 08/14/2015

**Loan Period:** 08/24/2015 - 05/13/2016

**School Name:** 00200200 - Western Kentucky University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $4,500

**Aggregate OPB:** N/A

**Capitalized Interest:** $443

**Most Recent Disbursed Date:** 02/03/2016

Federally-Serviced

---

10

**Loan Type:**
## D2 - Direct Stafford Unsubsidized

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2015-2016

View Loan Details ›

**Loan Amount:** $1,750

**Loan Date:** 07/27/2015

**Loan Period:** 07/05/2015 - 10/31/2015

**School Name:** 03534300 - Jones International University

**Academic Level:** 3 - 3rd - Junior

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $1,750

**Aggregate OPB:** N/A

**Capitalized Interest:** $324

**Most Recent Disbursed Date:** 08/05/2015

Federally-Serviced

---

9

**Loan Type:**
## D0 - Direct Stafford Subsidized (SULA Eligible)

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2015-2016

View Loan Details ›

**Loan Amount:** $1,375

**Loan Date:** 07/27/2015

**School Name:** 03534300 - Jones International University

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Aggregate OPB:** N/A

**Capitalized Interest:** $135

**Loan Period:** 07/05/2015 - 10/31/2015

**Academic Level:** 3 - 3rd - Junior

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Cumulative Disbursed Amount:** $1,375

**Most Recent Disbursed Date:** 08/05/2015

Federally-Serviced

---

8

**Loan Type:** D2 - Direct Stafford Unsubsidized

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2014-2015

View Loan Details ›

**Loan Amount:** $6,000

**Loan Date:** 11/26/2014

**Loan Period:** 11/02/2014 - 06/27/2015

**School Name:** 03534300 - Jones International University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $6,000

**Aggregate OPB:** N/A

**Capitalized Interest:** $1,376

**Most Recent Disbursed Date:** 03/24/2015

Federally-Serviced

---

7

**Loan Type:** D0 - Direct Stafford Subsidized (SULA Eligible)

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2014-2015

View Loan Details ›

**Loan Amount:** $4,500

**Loan Date:** 11/26/2014

**Loan Period:** 11/02/2014 - 06/27/2015

**School Name:** 03534300 - Jones International University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $4,500

**Aggregate OPB:** N/A

**Capitalized Interest:** $482

**Most Recent Disbursed Date:** 03/24/2015

Federally-Serviced

---

6

**Loan Type:** D2 - Direct Stafford Unsubsidized

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2013-2014

View Loan Details ›

**Loan Amount:** $1,000

**Loan Date:** 04/30/2014

**Loan Period:** 03/02/2014 - 11/01/2014

**School Name:** 03534300 - Jones International University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:**

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $1,000

**Aggregate OPB:** N/A

**Capitalized Interest:** $214

**Most Recent Disbursed Date:** 07/25/2014

507 - DEPT OF ED/EDFINANCIAL

Federally-Serviced

5

**Loan Type:** D0 - Direct Stafford Subsidized (SULA Eligible)

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2013-2014

View Loan Details ›

**Loan Amount:** $1,000

**Loan Date:** 04/30/2014

**Loan Period:** 03/02/2014 - 11/01/2014

**School Name:** 03534300 - Jones International University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $1,000

**Aggregate OPB:** N/A

**Capitalized Interest:** $109

**Most Recent Disbursed Date:** 07/25/2014

Federally-Serviced

4

**Loan Type:** D2 - Direct Stafford Unsubsidized

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2013-2014

View Loan Details ›

**Loan Amount:** $5,000

**Loan Date:** 03/24/2014

**Loan Period:** 03/02/2014 - 11/01/2014

**School Name:** 03534300 - Jones International University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $5,000

**Aggregate OPB:** N/A

**Capitalized Interest:** $1,080

**Most Recent Disbursed Date:** 07/25/2014

Federally-Serviced

3

**Loan Type:** D0 - Direct Stafford Subsidized (SULA Eligible)

**Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2013-2014

View Loan Details ›

**Loan Amount:** $3,500

**Loan Date:** 03/24/2014

**Loan Period:** 03/02/2014 - 11/01/2014

**School Name:** 03534300 - Jones International University

**Academic Level:** 2 - 2nd - Soph.

**Federal Loan Servicer:** 507 - DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $3,500

**Aggregate OPB:** N/A

**Capitalized Interest:** $383

**Most Recent Disbursed Date:** 07/25/2014

Federally-Serviced

2

**Loan Type:** D2-Direct Stafford Unsubsidized

**Loan Status:** PN-Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2013-2014

View Loan Details ›

**Loan Amount:** $6,000

**Loan Date:** 09/02/2013

**Loan Period:** 07/07/2013-03/01/2014

**School Name:** 03534300-Jones International University

**Academic Level:** 1-1st-Fresh.

**Federal Loan Servicer:** 507-DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $6,000

**Aggregate OPB:** N/A

**Capitalized Interest:** $1,452

**Most Recent Disbursed Date:** 11/25/2013

Federally-Serviced

Showing 1 to 15 of 16 items « ‹ Previous Next › »

An official website of the United States government. | Help Center | Contact Us

Federal Student Aid
An OFFICE of the U.S. DEPARTMENT of EDUCATION | NSLDS [redacted]

Aid Recipient | School | Enrollment | FVT/GE | Data Providers | Reports | Admin Tools | Resourc

H [redacted] DOB: [redacted] Name: MISTY A. KEELE Role(s): Student Clear Aid Recipient

Close or Equal to Undergrad Sub. Limit

Close or Equal to Undergrad Comb. Limit

Hide Alerts

# Loan Summary

Financial Aid Dashboard > Loan Summary

View Loan Linking History>

## Total Outstanding Balance

As of 03/04/2025

**Total Outstanding Principal Balance:** $54,922

**Total Outstanding Interest Balance:** $614

**Total Other Fees:** $0

Filter | Sort By: Loan Date | Export to CSV

1

**Loan Type:** D0-Direct Stafford Subsidized (SULA Eligible)

**Loan Status:** PN-Non-Defaulted, Paid in Full Through Consolidation Loan as of 11/28/2023

**Award Year:** 2013-2014

View Loan Details >

**Loan Amount:** $3,500

**Loan Date:** 09/02/2013

**Loan Period:** 07/07/2013-03/01/2014

**School Name:** 03534300-Jones International University

**Academic Level:** 1-1st-Fresh.

**Federal Loan Servicer:** 507-DEPT OF ED/EDFINANCIAL

**Outstanding Principal Balance:** $0

**Outstanding Interest Balance:** $0

**Cumulative Disbursed Amount:** $3,500

**Aggregate OPB:** N/A

**Capitalized Interest:** $383

**Most Recent Disbursed Date:** 11/25/2013

Federally-Serviced