UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
*Filed Electronically*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MISTY ANN KEELE | ) | Case No. 18-11184 |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| MISTY ANN KEELE | ) | |
| | ) | |
| Plaintiff | ) | AP No. 23-01008 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, ON | ) | |
| BEHALF OF U.S. DEPARTMENT OF | ) | |
| EDUCATION, ET AL. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER GRANTING UNITED STATES' MOTION TO DISMISS

Defendant, the United States of America on behalf of the U.S. Department of Education, having moved to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(c), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012, because Plaintiff's post-petition consolidation loans cannot be discharged by 11 U.S.C. § 727(b) and the Court being otherwise advised, IT IS HEREBY ORDERED that the United States' Motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice.

TENDERED BY:

Katherine A. Bell
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5094
Fax: (502) 625-7110
katherine.bell@usdoj.gov