UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
*Filed Electronically*

| | | |
|---|---|---|
| IN RE: | ) | |
| MISTY ANN KEELE | ) | Case No. 18-11184 |
| Debtor | ) | Chapter 7 |
| MISTY ANN KEELE | ) | |
| Plaintiff | ) | AP No. 23-01008 |
| vs. | ) | |
| UNITED STATES OF AMERICA, ON BEHALF OF U.S. DEPARTMENT OF EDUCATION, ET AL. | ) | |
| Defendants | ) | |

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS**

Defendant, the United States of America on behalf of the U.S. Department of Education, having moved to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(c), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7012, because Plaintiff's post-petition consolidation loans cannot be discharged by 11 U.S.C. § 727(b) and the Court being otherwise advised, IT IS HEREBY ORDERED that the United States' Motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: June 26, 2025

TENDERED BY:

Katherine A. Bell
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5094
Fax: (502) 625-7110
katherine.bell@usdoj.gov

United States Bankruptcy Court
Western District of Kentucky

Keele,
Plaintiff
Fed Loan,
Defendant

Adv. Proc. No. 23-01008-jal

# CERTIFICATE OF NOTICE

District/off: 0644-1 User: KYWBECFAd Page 1 of 1
Date Rcvd: Jul 01, 2025 Form ID: pdf408 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| pla | + | Misty Ann Keele, 2677 HE Johnson Road, Bowling Green, KY 42103-9035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Katherine A. Bell | on behalf of Defendant United States of America on behalf of U.S. Department of Education Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |

TOTAL: 1